UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
JUN - 8 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

RICHARD VILLANUEVA
formerly known as (Richard Zebrowski)
                              1358014

**VERSUS**                                    5:15-07412

Joe Coakley(warden)

J.James(Correctional Officer)


                        **COMPLAINT**
I. **Previous Lawsuits**

  A. Have you begun other lawsuits in state or federal court dealing with the same facts in this action or otherwisw relating to your imprisonment?

                        Yes ___   No ✓

1

II. **Place of Present Confinement:** F.C.I. Beckley, Beaver West Virginia 25813

A. Is there a prisoner grievance procedure in this institution?

                    Yes ✓  No ___

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

                    Yes ✓  No ___

C. If you answer is Yes:

1. What steps did you take? I presented my claim and evidence to the institution. It was denied.

2. What was the result? There was nothing done about it and therefore I am being effected by such.

III. **Parties**

A. Name of Plantiff : Richard Villanueva 13518014

Address: FCI Beckley, P.O. Box 350 Beaver West Virginia 25813

B. Additional Plantiff(s) and Address(es): N/A

C. Defendant: Joe Coakley
   is employed as: Warden

Additional defendants: J. James

Employed as C/O

IV. Statement of Claim

On or about July 7, 2013, staff was conducting an upper body search of inmates, due to a disturbance in recreation. Upon exiting recreation, inmates were ordered to remove their shirts. Defendant James called Plantiff over. Instead of the body search, defendant James focused on my religious necklace. This is the second time this has occurred. Defendant Jamnes asked were I got the necklace, and I told defendant James I purchased it from another institution and I stated to defendant James, under the the freedom of religion act of the constitution, and BOP policy, I am allowed to have the necklace and medicine bag. Defendant James instructed Plantiff to hand over the necklace, in which plantiff complied. After plantiff complied with defendant James order, defendant James then ordered plantiff to head to the lieutenant's office. Defendant James then stated that he did not believe the necklace was part of my religion, only the medicine bag attached to it. I then asked defendant James if I may mail the confiscated items home. Defendant James then called Chaplain Highley, Chaplain Highley discussed the issue. Defendant James stepped into his office and the plantiff asked Chaplain Highley if plantiff may send religious material home. Chaplain Highley stated he did not see why not. When defendant James returned, Chaplain Highley asked if plantiff may be allowed to send the religious materials home. Defendant James told plantiff to come see him tomorrow. Plantiff then asked for a confiscation form, and defendant James replied, come see me tomorrow.


Statement of Claim cont.

On July 10, 2013, at 2:15 p.m., plantiff was called to the lieutenant's office to recieve an incident report for communicating gang affiliation, participating in gang related activities, possession of paraphernalia, and indicating gang affiliation. As exhibits to come, the court and even a blind person if read the events that have occurred, will see the unjust that has happened. Plantiff exhausted his remedies in appealing the incident report in regards to the religious articles, and was exonerated of any gang affiliation that had to do with the necklace, only to be given another incident report for refusing an order of any staff. This incident arrived from the first incident. As exhibits to come, the plantiff was never given an order, only an opportunity. The plantiff was never given the necklace back, after he was exonerated of the first incident report seeing it was taken on the contents of it being gang affiliated. Defendant James claims because the necklace is contraband, plantiff can not have it. The plantiff told the defendant that in fact the necklaceis not contraband as stated on the confiscation report or BOP policy statement it states Plantiff should be allowed to send it home. Plantiff also stated that seeing plantiff was allowed to purchase the necklace through a special BOP approved vendor and allowed to enter FCI Beckley, and on the BOP sentry as a Native-American in regards to the meaning of beads, plantiff is allowed to have religious materials mailed home.

Statement of Claim Cont.

Plantiff spoke to the defendant Joe Coakley on or about Decemeber 1, 2014. Defendant Coakley told plantiff to send a written request. Plantiff did so and defendant Coakley replied to the request with evidence to show a receipt for the purchased necklace, and photos of plantiff in another institution were the necklace was purchased. Was as stated in defendants reports, the necklace did not meet the criteria of a religious necklace. it has been classified as gang related paraphernalia that is contraband. Contraband is to be destroyed, not mailed home. The plantiff has been exonerated of his incident report for such false accusations and is still being denied religious necklace and medicine bag.

V. Relief

Plantiff ask that this honorable court make an injunction to order that plantiff be allowed to mail religious necklace and medicine bag home, or be compensated in the sum of Fifty Thousand Dollars($50,000.00) by both defendants for the theft of plantiffs religious necklace and medicine bag, as well as for the harm of not allowing plantiff to practice his religious beliefs or move to a jury trial.

Signed this ____6____ day of ____2____, 20__15__

_____*Villanueva A Richard*_____
Signature of Plantiff

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on __6-2-15__
(Date)

_____*Villanueva A Richard*_____
Signature of Plantiff

## CERTIFICATE OF SERVICE

    I **HEREBY CERTIFY**, that a true and correct copy of the foregoing Motion has been mailed via first class pre-paid U.S. Mail this 1st day of June, 2015, to the following party: Joe Coakley, Warden, FCI Beckley, P.O. Box 1280, Beaver, WV 25813.

Respectfully submitted,

*/s/ Richard Villanueva*
RICHARD VILLANUEVA
PRO SE

Winnevia Renoyd 135/8014
Federal Correctional Institution Berkley
PO Box 350 Beaver WV 25813

CHARLESTON WV 250
04 JUN 2015 PM 1 L

The Clerk of The Court
Southern District rm 119
110 Alderson St
Beckley WV 25801

Legal Mail

2580145244

FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
BEAVER, WV 25813
DATE

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURIS- DICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.